

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| RICHARD ZELORIS, | § | No. 08-20-00099-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D03785) |
| | § | |

# **O R D E R**

The Court GRANTS Mary Ann Marin's request for an extension of time within which to file the Reporter's Record until **September 10, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Court Reporter for the 34th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 10, 2020.

IT IS SO ORDERED this 11th day of August, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.